UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRA LIBRE LAND TRUST, et al.<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>WELLS FARGO BANK NA, et al.<br><br>　　　　　　Defendants. | CASE NO. 3:23-cv-05135-DGE<br><br>ORDER |

This matter is before the Court on its own motion following its review of the complaint in this matter. (Dkt. No. 4.) The complaint is exceedingly difficult to follow, but its efficacy is not yet at issue. Plaintiff appears to be "Terra Libre Land Trust On Behalf of Goulet Property Estate Sterling Jay Shaw, Agent-Trustee." (Dkt. No. 4 at 1.) The complaint also lists as "Petitioner" the "Prairie Star National Trust." (Dkt. No. 4 at 29.)

Plaintiffs are trusts, which are artificial entities. An artificial entity cannot represent itself pro se in court and must appear only through licensed counsel. *Rowland v. California Men's Colony*, 506 U.S. 194 (1993); *see also* LCR 83.2(b)(4). "Unincorporated associations, like

ORDER - 1

corporations, must appear through an attorney[.]" *Church of the New Testament v. United States*, 783 F.2d 771, 773 (9th Cir. 1986). Accordingly, "[a] trustee cannot act in a pro se capacity in a judicial proceeding involving the trust for which he serves as a fiduciary." *United States v. Haines*, No. C13-5082 BHS, 2013 WL 6406952, at *1 (W.D. Wash. Sept. 27, 2013).

As neither Terra Libre Land Trust nor Prairie Star National Trust are represented by counsel, Plaintiffs are ORDERED to obtain counsel within 45 days of this order, or the matter will be dismissed without prejudice, without further notice.

Dated this 22nd day of March, 2023.

David G. Estudillo
United States District Judge

ORDER - 2