UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRA LIBRE LAND TRUST, et al., | CASE NO. 3:23-cv-05135-DGE |
| Plaintiffs, | ORDER |
| v. | |
| WELLS FARGO BANK NA, et al., | |
| Defendants. | |

This matter comes before the Court on its own motion following a review of Mr. Sterling-Jay Shaw's latest filing styled "Motion for Extension of Time to Obtain Counsel." (Dkt. No. 11.) Mr. Sterling-Jay Shaw purports to file a motion on behalf of the Plaintiff Trusts. As the Court explained in its prior order, a trust may only appear through licensed counsel. (*See* Dkt. No. 10.) Accordingly, Mr. Shaw's filing is not a proper motion before the Court and the Court will not consider Mr. Shaw's request for relief from the deadline. The Court finds and ORDERS the motion (Dkt. No. 11) is DENIED. Plaintiffs Terra Libre Land Trust and Prairie Star National

ORDER - 1

Trust are ORDERED to obtain counsel by May 8, 2023, or the matter will be dismissed without prejudice, without further notice.

Dated this 28th day of April, 2023.

David G. Estudillo
United States District Judge

ORDER - 2