1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

12

13

14

15

TERRA LIBRE LAND TRUST et al.,

                    Plaintiff,

v.

WELLS FARGO BANK NA et al.,

                    Defendant.

CASE NO. 3:23-cv-05135-DGE

ORDER DISMISSING PLAINTIFFS
FOR FAILURE TO OBTAIN
COUNSEL

16

17

18

19

20

21

22

23

24

      On March 22, 2023, the Court ordered Plaintiffs "to obtain counsel within 45 days of this order[,]" or Saturday, May 6, 2023.  (Dkt. No. 10 at 2.)  The Court noted that if the Plaintiffs failed to do so, "the matter will be dismissed without prejudice, without further notice.  (*Id*.)

      On April 10, 2023, Plaintiff Terra Libre Land Trust filed a motion requesting an extension of time to obtain counsel.  (Dkt. No. 11.)  The Court denied this request, again ordering the Plaintiffs to "obtain counsel by [Monday,] May 8, 2023, or the matter will be dismissed without prejudice, without further notice."  (Dkt. No. 12 at 2.)

ORDER DISMISSING PLAINTIFFS FOR FAILURE TO OBTAIN COUNSEL - 1

1    As of today, May 24, 2023, Plaintiffs have not obtained counsel of record.  Accordingly,

2  Plaintiffs' Complaint (Dkt. No. 4) is hereby DISMISSED without prejudice.[1]

3

4    Dated this 24th day of May, 2023.

5

6

                                    David G. Estudillo
7                                   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
    _____
    [1] Plaintiff Terra Libre Land Trust's motion for default against Wells Fargo NA is rendered moot by this dismissal.
24  (Dkt. No. 14.)


ORDER DISMISSING PLAINTIFFS FOR FAILURE TO OBTAIN COUNSEL - 2